710

## LEE *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 28, September Term, 1965.]

*Decided October 20, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY and BARNES, JJ.

PER CURIAM.

For the reasons stated by Judge Carter for dismissing the petition, the application for leave to appeal is denied.

*Application denied.*